CHAD GREESON (CA SBN 251928)
NICHOLAS GIOIELLO, (CA SBN 318418)
LITTLER MENDELSON P.C.
Treat Towers, Suite 600
1255 Treat Boulevard
Walnut Creek, CA 94597
Telephone: (925) 932-2468
Email:  greeson@littler.com
        ngioiello@littler.com

Attorneys for Defendant
NEW ZEALAND TRADE & ENTERPRISE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BROWN, an individual,<br><br>              Plaintiff,<br><br>       vs.<br><br>NEW ZEALAND TRADE & ENTERPRISE, an international government agency; and DOES 1 through 100, inclusive,<br><br>              Defendants. | CASE NO. 3:24-CV-02838-RS<br><br>**JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:       August 22, 2024<br>Time:       10:00 AM<br>Judge:      Judge Richard Seeborg<br><br>Complaint Filed:  December 22, 2023 |

1 | **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2 |     Plaintiff Daniel Brown ("Plaintiff") and Defendant New Zealand Trade & Enterprise

3 | ("NZTE") (Plaintiff and Defendant referred to collectively herein as "the Parties") through their

4 | counsels of record, hereby stipulate and agree as follows:

5 |     WHEREAS, a Joint Case Management Conference statement is due on August 14, 2024;

6 |     WHEREAS, as an Initial Case Management Conference is set to take place on August 22,

7 | 2024;

8 |     WHEREAS, concurrently with the filing of this Stipulation, the Parties are filing a Stipulation

9 | and [Proposed] Order Selecting ADR Process, with the intent to hold an ADR session within 90 days

10 | from the date of the order referring this case to ADR;

11 |     WHEREAS, the Parties agree that it will conserve judicial and party resources and promote

12 | the orderly administration of justice for the Court to continue the Initial Management Conference

13 | while the Parties attempt to resolve this case through mediation. In light of the agreement to mediate,

14 | the Parties would like to avoid burdening the Court and to avoid spending the time and money

15 | associated with litigation in the event that they can resolve this case in mediation.

16 | ///

17 | ///

18 | ///

19 | ///

20 | ///

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

1       NOW, THEREFORE, it is stipulated and agreed to by the between the Parties, by and through

2    their respective counsel of record, that the Rule 26(f) Scheduling Conference currently scheduled to

3    be heard by the Court on August 22, 2024, be continued by approximately ninety (90) days to

4    November 20, 2024, or as soon thereafter as may be determined by this Court.

5

6    Dated: August 1, 2024

7                             LITTLER MENDELSON, P.C.

8                             */s/ Nicholas Gioiello*

9                             Gregory G. Iskander
                                 Chad D. Greeson
                                 Nicholas Gioiello

10

11                           Attorneys for Defendant
                                 NEW ZEALAND TRADE & ENTERPRISE

12    Dated: August 1, 2024

13                             IARUSSO LEGAL, APC

14

15

16                           Michelle Iarusso
                                 Attorneys for Plaintiff

17                           DANIEL BROWN

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u>

The Court, having reviewed the Parties' Joint Stipulation and good cause appearing therefore, hereby orders as follows:

**IT IS HEREBY ORDERED** that the Rule 26(f) Scheduling Conference currently scheduled to be heard by the Court on August 22, 2024, shall be continued to  November 14 , 2024.  Joint Case Management Conference Statement due November 7, 2024.

.

**IT IS SO ORDERED.**

Dated:  August 5 , 2024

_____

Judge Richard Seeborg

4859-5729-1988.1 / 111395-1013

4.