CHAD GREESON (CA SBN 251928)
NICHOLAS GIOIELLO, (CA SBN 318418)
LITTLER MENDELSON P.C.
Treat Towers, Suite 600
1255 Treat Boulevard
Walnut Creek, CA 94597
Telephone: (925) 932-2468
Email:  greeson@littler.com
　　　　ngioiello@littler.com

Attorneys for Defendant
NEW ZEALAND TRADE & ENTERPRISE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BROWN, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NEW ZEALAND TRADE & ENTERPRISE, an international government agency; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | CASE NO. 3:24-CV-02838-RS<br>ORDER<br>**JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:　　　November 14, 2024<br>Time:　　　10:00 AM<br>Judge:　　Judge Richard Seeborg<br><br>Complaint Filed:  December 22, 2023 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Daniel Brown ("Plaintiff") and Defendant New Zealand Trade & Enterprise ("NZTE") (Plaintiff and Defendant referred to collectively herein as "the Parties") through their counsels of record, hereby stipulate and agree as follows:

WHEREAS, a Joint Case Management Conference statement is due on November 7, 2024;

WHEREAS, as an Initial Case Management Conference is set to take place on November 14, 2024;

WHEREAS, the Parties are scheduled to participate in mediation with Claudia Viera, Esq. on November 19, 2024;

WHEREAS, the Parties agree that it will conserve judicial and party resources and promote the orderly administration of justice for the Court to continue the Initial Management Conference while the Parties attempt to resolve this case through mediation. In light of the agreement to mediate, the Parties would like to avoid burdening the Court and to avoid spending the time and money associated with litigation in the event that they can resolve this case in mediation.

NOW, THEREFORE, it is stipulated and agreed to by the between the Parties, by and through their respective counsel of record, that the Rule 26(f) Scheduling Conference currently scheduled to be heard by the Court on November 14, 2024, be continued by approximately ninety (90) days to February 12, 2025, or as soon thereafter as may be determined by this Court.

Dated: October 25, 2024

LITTLER MENDELSON, P.C.

*/s/ Nicholas Gioiello*

Gregory G. Iskander
Chad D. Greeson
Nicholas Gioiello
Attorneys for Defendant
NEW ZEALAND TRADE & ENTERPRISE

Dated: October 25, 2024

IARUSSO LEGAL, APC

*/s/ Michaelle Iarusso*

Michelle Iaursso
Attorneys for Plaintiff
DANIEL BROWN

1

**<u>ORDER</u>**

2    The Court, having reviewed the Parties' Joint Stipulation and good cause appearing therefore,

3    hereby orders as follows:

4    **IT IS HEREBY ORDERED** that the Rule 26(f) Scheduling Conference currently scheduled

5    to be heard by the Court on November 14, 2024, shall be continued to  February 20  , 2025.

6    Pursuant to Rule 26(f), the Parties will participate in early meeting by   January 30   , 2025,

7    and the Joint Rule 26(f) Report will be filed by   February 13   , 2025.

8

9

10    **IT IS SO ORDERED.**

11    Dated:   October 25  , 2024

12    Judge Richard Seeborg

13

14

15    4877-7835-4931.1 / 111395-1013

16

17

18

19

20

21

22

23

24

25

26

27

28

3.